No. 722. STANDARD DREDGING CORP. *v.* MILLER, INDUSTRIAL COMMISSIONER, ET AL.;

No. 723. INTERNATIONAL ELEVATING CO. *v.* MILLER, INDUSTRIAL COMMISSIONER, ET AL.;

No. 783. MATTON STEAMBOAT CO., INC. ET AL. *v.* MILLER, INDUSTRIAL COMMISSIONER, ET AL.; and

No. 813. LAKE TANKERS CORP. *v.* MILLER, INDUSTRIAL COMMISSIONER, ET AL. May 5, 1943. Murphy, Acting Industrial Commissioner, substituted for Miller, appellee. Nos. 722 and 723 reported *ante*, p. 306; Nos. 783 and 813. *ante*, p. 412.

No. —. KELLY *v.* GERDINK. May 10, 1943. Application denied.

No. 839. LEVIN ET AL. *v.* UNITED STATES ET AL. May 17, 1943. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Mr. Charles Martin Kennedy* for appellants. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al.; and *Messrs. Amos M. Mathews* and *George D. Rives* for the National Bus Traffic Association, Inc. et al.,—appellees.

No. —, original. EX PARTE HENRY R. ANDERSON. May 17, 1943. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. EX PARTE P. A. WHISTLER;

No. —, original. EX PARTE ARTHUR S. HUMES; and

No. —, original. EX PARTE WALTER F. COLE and FANN COLE. May 17, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.